In the Matter of the CITY OF NEW YORK Relative to Acquiring Title to Lands Situated on 157th and 155th Streets, and 108th and 109th Avenues in the Borough of Queens, for a Public Park.

FEDERAL HOUSING ADMINISTRATION, Appellant; EFFIE ROYSTER, Respondent.

Argued January 18, 1940; decided March 5, 1940.

*Harold M. Kennedy,* United States Attorney (*Mario Pittoni* and *Vine H. Smith* of counsel), for appellant.

*Leonard M. Wallstein, Joseph J. Einhorn* and *Leonard M. Wallstein, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.